✓ FILED        ___ RECEIVED
___ ENTERED    ___ SERVED ON
               COUNSEL/PARTIES OF RECORD

JUN 1 0 2011

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:10-CR-00585-RLH (PAL) |
| ) | |
| ANTIONE HALL, ) | |
| ) | |
| Defendant. ) | |

## ORDER OF FORFEITURE

On June 10, 2011, defendant ANTIONE HALL pled guilty to Count Eight of a Seventeen-Count Criminal Indictment charging him in Count Eight with Distribution of approximately 46 Grams of cocaine Base in violation of Title 21, United States Code, Sections 841(a)(1) and agreed to the forfeiture of property set forth in the Forfeiture Allegation in the Criminal Indictment and Plea Memorandum. Docket #1, ___.

This Court finds that ANTIONE HALL shall pay a criminal forfeiture money judgment of $5,100.00 in United States Currency to the United States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); and Title 21, United States Code, Sections 853(a)(1) and 853(p).

. . .

. . .

. . .

. . .

1   THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United
2   States recover from ANTIONE HALL a criminal forfeiture money judgment in the amount of
3   $5,100.00 in United States Currency.
4   DATED this 10th day of June, 2011.

_____
UNITED STATES DISTRICT JUDGE