```
___ FILED        ___ RECEIVED
___ ENTERED      ___ SERVED ON
                 COUNSEL/PARTIES OF RECORD

        SEP 2 3 2011

    CLERK US DISTRICT COURT
      DISTRICT OF NEVADA
BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,   )
                            )
          Plaintiff,        )
                            )
     v.                     )
                            )   2:10-CR-585-RLH (PAL)
ANTIONE HALL, a/k/a "Bookworm,"  )
                            )
          Defendant.        )

## ORDER OF FORFEITURE

This Court found on June 14, 2011, that ANTIONE HALL, a/k/a "Bookworm", shall pay a criminal forfeiture money judgment of $5,100.00 in United States Currency, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); and Title 21, United States Code, Sections 853(a)(1) and (p). Docket #59.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from ANTIONE HALL, a/k/a "Bookworm", a criminal forfeiture money judgment in the amount of $5,100.00 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); and Title 21, United States Code, Sections 853(a)(1) and (p).

DATED this 23 day of September, 2011.

_____
UNITED STATES DISTRICT JUDGE